**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR L. JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | ) Case No. CV 13-7283 RGK (JCG)<br>)<br>)<br>) **ORDER ADOPTING FINDINGS,**<br>) **CONCLUSIONS, AND**<br>) **RECOMMENDATIONS OF UNITED**<br>) **STATES MAGISTRATE JUDGE**<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the Joint Stipulation, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation, and the remaining record.

　　　Plaintiff's Objections reiterate the argument made in the Joint Stipulation – that Plaintiff "need[s]" benefits – and lack merit for the reasons set forth in the Report and Recommendation.

　　　Accordingly, IT IS ORDERED THAT:

　　　(1)　The Report and Recommendation is approved and accepted; and

　　　(2)　Judgment shall be entered dismissing this action with prejudice.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and the Judgment on the parties.

Dated: March 6, 2015  _____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE