**O/JS-6/ENTER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR L. JACKSON, | Case No. CV 13-7283 RGK (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: March 6, 2015

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE